IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

FEB 25 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DENNIS E. FORT,

    Petitioner,

v.

                            Civil Action No. 5:08cv6
                            (Judge Stamp)

KUMA J. DEBOO, Warden,

    Respondent.

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

For good cause shown, Respondent shall have until March 24, 2008 to respond to the Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the above-styled action.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: _February 22, 2008_

                                                _/s/ John S. Kaull_
                                               JOHN S. KAULL
                                               UNITED STATES MAGISTRATE JUDGE